IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:24CR3065 |
| vs. | |
| MAURICE BRYANT, | ORDER |
| Defendant. | |

This matter comes before the Court on Defendant's attorney's, Randall Wertz's, Motion to Withdraw due to his imminent retirement. (Filing No. 25.) Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. The Court finds the motion should be granted and that alternate CJA counsel should be appointed.

IT IS ORDERED:

1. Defense counsel's Motion to Withdraw, (Filing No. 25), is granted. Randall Wertz is hereby withdrawn as counsel and shall promptly notify Defendant of entry of this order.
2. The clerk shall delete Randall Wertz from any future ECF notifications herein.
3. The clerk shall forward this order to the Federal Public Defender.
4. The Federal Public Defender shall forthwith provide the Court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA panel attorney identified in accordance with the Criminal Justice Act Plan for this district.
5. The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant and provide Defendant with their contact information.

Dated this 24th day of June, 2025.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge